No. 00–1337. UPPER ARLINGTON CITY SCHOOL DISTRICT ET AL. *v.* JAMES ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–1339. BROWN ET AL. *v.* MINNESOTA. Ct. App. Minn. Certiorari denied.

No. 00–1343. CESARIO RODRIGUEZ *v.* TEXAS. Ct. App. Tex., 14th Dist. Certiorari denied.

No. 00–1361. KEVORKIAN *v.* AMERICAN MEDICAL ASSN. ET AL. Ct. App. Mich. Certiorari denied.

No. 00–1363. MILLER, ADMINISTRATOR OF THE ESTATE OF FINCHER, DECEASED *v.* AMERADA HESS CORP. ET AL. Sup. Ct. Ala. Certiorari denied.

No. 00–1366. OLSON *v.* DUFFY, JUDGE, MINNESOTA DISTRICT COURT, 4TH JUDICIAL DISTRICT, ET AL. C. A. 8th Cir. Certiorari denied.

No. 00–1370. BAKER ET UX. *v.* COXE ET AL. C. A. 1st Cir. Certiorari denied.

No. 00–1377. SPEARMAN *v.* FORD MOTOR CO. C. A. 7th Cir. Certiorari denied.

No. 00–1395. AEC CORP. *v.* PIRIE, ACTING SECRETARY OF THE NAVY. C. A. Fed. Cir. Certiorari denied.

No. 00–1400. HAMPTON *v.* DETELLA, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 00–1452. OLUP *v.* COUNTY OF ALLEGHENY DEPARTMENT OF AVIATION ET AL. C. A. 3d Cir. Certiorari denied.

No. 00–1477. HALL *v.* CLINTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–1480. SMITH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–1481. POWERS, FKA STUDINGER *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied.